UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA
*Plaintiff,*

v.

COURTNEY WORTHINGTON,
*Defendant.*

No. 3:17-cr-00031-1 (JAM)

ORDER GRANTING MOTION FOR COMPASSIONATE RELEASE
AND AMENDING CONDITIONS OF SUPERVISED RELEASE

Defendant Courtney Worthington has moved for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). In accordance with the Court's ruling at the conclusion of today's hearing, the Court GRANTS the motions for release (Docs. #57, #62 and #63) and the Court orders that defendant Courtney Worthington's sentence is reduced to a sentence of **TIME SERVED as of October 8, 2020**. The Federal Bureau of Prisons shall release Courtney Worthington from custody on October 8, 2020.

As of October 8, 2020, Courtney Worthington shall commence service of her 3-year term of supervised release with the same conditions previously imposed by the Court's judgment (Doc. #52) in full force and effect in addition to the following modified conditions:

1. **Residence location.** Upon release from custody, the defendant shall reside with William Tito at the address provided to the U.S. Probation Office.
2. **14-day quarantine.** The defendant shall self-quarantine for the first fourteen (14) days of her release at the residence of William Tito.
3. **3-month electronic monitoring.** The defendant shall serve the first three months of supervised release on home detention with location monitoring. The United States Probation Office shall use electronic monitoring for the first three months of supervised release, and the method of electronic monitoring shall be chosen by the Probation Office.
4. **3-month home detention.** The defendant shall be on home detention for the first three months of supervised release. She must remain in her residence at all times except for pre-approved and verifiable reasons: employment, educational, medical appointments, religious services, correctional treatment purposes or other requests as approved in advance in writing by the U.S. Probation Office.
5. **Compliance with reentry plan.** The defendant shall comply with all conditions stated in her proposed reentry plan. Doc. #62, Exhibit A.

It is so ordered.

Dated at New Haven, Connecticut, this 6th day of October 2020.

/s/ *Jeffrey Alker Meyer*
Jeffrey Alker Meyer
United States District Judge